MICHAEL FONTANELLA ET AL. *v.* FRANK S. MARCUCCI ET AL.*

The petition by the defendants Frank S. Marcucci and John F. Acampora for certification for appeal from the Appellate Court, 89 Conn. App. 690 (AC 24725), is granted, limited to the following issue:

"Did the Appellate Court properly decide that the plaintiff's legal malpractice claim was timely because the statute of limitations had been tolled?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17495.

*Lorinda S. Coon,* in support of the petition.

*Timothy C. Moynahan,* in opposition.

Decided September 12, 2005

BARBARA WALDMAN *v.* ANDREW JAYARAJ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 709 (AC 24794), is denied.

*H. Jeffrey Beck,* in support of the petition.

*John C. Pitblado,* in opposition.

Decided September 12, 2005